## JOHN SETZER *v.* LINDA (TAYLOR) SHAY
### (8545)

SPALLONE, O'CONNELL and NORCOTT, Js.

Argued May 4—decision released May 9, 1990

*Timothy J. Johnston,* for the appellant (petitioner).

PER CURIAM. There is no error.